UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR FREDERICK, : | |
|     Plaintiff : | |
|     v. : | CIVIL ACTION NO. 3:18-0707 |
| SNYDER COUNTY PRISON, et al., : | (Judge Mannion) |
|     Defendants : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiffs' complaint, (Doc. 17) is **GRANTED**.

2. Plaintiff's motion for default judgment (Doc. 25) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                       s/ *Malachy E. Mannion*
                     **MALACHY E. MANNION**
                     **United States District Judge**

**Dated: March 22, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0707-01-ORDER.wpd